UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br>         Plaintiff,<br>v.<br><br>L A J, LLC D/B/A "PLUSH ULTRA LOUNGE," ANTHONY MCCREE, JR., and LUKE BARNES,<br>         Defendants. | No. 2:14-cv-12239-LPZ-MJH<br>Hon. Lawrence P. Zatkoff<br>Hon. Michael J. Hluchaniuk, referral |

## ORDER

This matter is before the Court on Plaintiff's Motion for Alternate Service and for Reissuance of Summons for Luke Barnes and Extension of Time for Service of Process [dkt 7]. The Court, having reviewed the Motion, finds that service of process upon Defendant Luke Barnes cannot reasonably be made as provided in Fed. R. Civ. P. 4 or M.C.R. 2.105. Service of process, however, may be made in a manner reasonably calculated to give Defendant Luke Barnes actual notice of the proceedings and an opportunity to be heard.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Alternate Service and for Reissuance of Summons for Luke Barnes and Extension of Time for Service of Process [dkt 7] is GRANTED.

IT IS FURTHER ORDERED that the clerk shall re-issue a Summons for Defendant Luke Barnes.

IT IS FURTHER ORDERED that the time for serving the Summons and Complaint on Defendant Luke Barnes is extended 30 days from the date of this Order.

IT IS FURTHER ORDERED that service of the Summons and Complaint, or any timely-filed amended pleading allowed by the Federal Rules of Civil Procedure, and a copy of this Order shall be made by each of the following methods:

1. Sending a copy of the Summons and Complaint by first-class U.S. mail to Luke Barnes at 13090 Inkster Rd., Redford, MI 48239; and

2. Sending a copy of the Summons and Complaint by certified U.S. mail to Luke Barnes, at 13090 Inkster Rd., Redford, MI 48239; and

3. Tacking or firmly affixing a copy of the Summons and Complaint to the door at 13090 Inkster Rd., Redford, MI 48239; and

4. Publishing Notice of the Summons and Complaint once in a Print Media Newspaper of common circulation, such as the Detroit Legal News; and

5. Sending a copy of the Summons and Complaint by first-class U.S. mail to Luke Barnes' co-defendant, Anthony McCree, Jr., or his attorney.

IT IS FURTHER ORDERED that for each method listed above, proof of service must be promptly filed with the Court.

IT IS FURTHER ORDERED that compliance with this Order will constitute service of the Summons and Complaint upon Defendant Luke Barnes.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff<br>Hon. Lawrence P. Zatkoff<br>United States District Court Judge

Dated:  October 20, 2014