UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J&J Sports Production, Inc.,

       Plaintiff,

vs                                  Case No: 14-12239
                                       Honorable Victoria A. Roberts

Anthony McCree, Jr.,

       Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW, STAYING CASE AND RESCHEDULING SCHEDULING CONFERENCE

On May 14, 2015, counsel for Defendant filed a Motion to Withdraw (Doc. #21). Based on the representations outlined in the motion, the motion is **GRANTED**.

The case is **STAYED** until Monday, June 15, 2015.  An attorney must file an appearance by Monday, June 15, 2015 or Mr. McCree will proceed *in pro per*.

The Scheduling Conference scheduled for Thursday, May 21, 2015 is rescheduled until **Tuesday, July 7, 2015 at 11:00 am.**  A Joint Discovery Plan must be filed by Monday, June 29, 2015.  Please refer to Judge Roberts Notice of Scheduling and Status Conference for requirements.

Any parties' refusal, or delay, in participating in preparation of a Joint Discovery Plan is subject to sanctions, dismissal and or judgment.

Defense counsel must serve a copy of this Order on Anthony McCree by first class mail and first class mail return receipt requested, and file a proof of service with the Court.

1

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  May 15, 2015

The undersigned certifies that a copy of this
document was served on the attorneys of
record by electronic means or U.S. Mail on
May 15, 2015.

s/Linda Vertriest
Deputy Clerk